IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETE COFFEY, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-05-1086-M |
| | ) |
| CAPTAIN E. WILSON, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On January 13, 2006, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus.  The Magistrate Judge recommended that petitioner's motion for enlargement of time to exhaust state remedies [docket nos. 14 and 15] be denied.  Petitioner was advised of his right to object to the Report and Recommendation by February 2, 2006.  A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 13, 2006, and

(2) DENIES petitioner's motion for enlargement of time to exhaust state remedies [docket nos. 14 and 15].

**IT IS SO ORDERED this 24th day of February, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE